## (November 18, 1968)

EILEEN CREGAR, Respondent, v. GERARD McDONALD, JR., et al., Appellants. (Action No. 1.) MADELINE MONE, Respondent, v. GERARD McDONALD, JR., et al., Appellants. (Action No. 2.) — Interlocutory judgment of the Supreme Court, Kings County, dated May 3, 1968, which resolved the issues of liability in favor of plaintiffs against defendants, affirmed, with one bill of costs, payable jointly to plaintiffs jointly by defendants filing separate briefs (*Mahon* v.

*Giordano*, 30 A D 2d 792). Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.